DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Fax: (775) 784-5181

Attorneys for Defendant



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS D. CHRISTOPHERSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 3:13-CV-00114-MMD-VPC |

**DEFENDANT'S NOTICE OF RESUMPTION OF
APPROPRIATIONS AND NEW DEADLINE FOR RESPONSE**

     Defendant Carolyn Colvin, Acting Commissioner of Social Security, hereby notifies the Court and counsel that appropriations for the United States Department of Justice and Defendant have resumed as of October 17, 2013. This notice is provided in compliance with the stay order previously entered by the Court in this matter, which, by its terms, was effective during the period of lapse in appropriations.

     Defendant's response to motion for remand was originally due on October 15, 2013. Pursuant to the application for stay during lapse in appropriations, the current deadline should be extended

1

1  commensurate with the duration of the lapse in appropriations, which was 16 days.  Therefore, the new
2  deadline for Defendant's response to motion for remand should be October 31, 2013.
3     Dated this 18th day of October, 2013.

                                    DANIEL G. BOGDEN
                                    United States Attorney


                                    /s/ Holly A. Vance
                                    HOLLY A. VANCE
                                    Assistant United States Attorney



                                    IT IS SO ORDERED
                                    _____
                                    U.S. MAGISTRATE JUDGE
                                    DATED: October 21, 2013

**PROOF OF SERVICE**

I, Holly A. Vance, certify that the following individual was served with a copy of the foregoing document, on the date shown, by the below identified method of service:

<u>CM/ECF:</u>

| | |
|---|---|
| Marc V. Kalagian, Esq. | Leonard Stone |
| Law Offices of Rohlfing & Kalagian, LLP | Shook & Stone, Chtd. |
| 211 East Ocean Boulevard, Suite 420 | 710 South 4th Street |
| Long Beach, CA  90802 | Las Vegas, NV  89101 |
| Rohlfing.Kalagian@rksslaw.com | kshonfeld@shookandstone.com |

Dated:  October 18, 2013

　　　　　　　　　　　　　　　　　　　　　　/s/ Holly A. Vance
　　　　　　　　　　　　　　　　　　　　　　HOLLY A. VANCE
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney