DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Fax: (775) 784-5181

Attorneys for Defendant



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS D. CHRISTOPHERSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 3:13-CV-00114-MMD-VPC |

### DEFENDANT'S NOTICE OF RESUMPTION OF APPROPRIATIONS AND NEW DEADLINE FOR RESPONSE

Defendant Carolyn Colvin, Acting Commissioner of Social Security, hereby notifies the Court and counsel that appropriations for the United States Department of Justice and Defendant have resumed as of October 17, 2013. This notice is provided in compliance with the stay order previously entered by the Court in this matter, which, by its terms, was effective during the period of lapse in appropriations.

Defendant's response to motion for remand was originally due on October 15, 2013. Pursuant to the application for stay during lapse in appropriations, the current deadline should be extended

1  commensurate with the duration of the lapse in appropriations, which was 16 days.  Therefore, the new
2  deadline for Defendant's response to motion for remand should be October 31, 2013.
3       Dated this 18th day of October, 2013.

                                            DANIEL G. BOGDEN
                                            United States Attorney

                                            */s/ Holly A. Vance*
                                            HOLLY A. VANCE
                                            Assistant United States Attorney

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: October 22, 2013

2

## PROOF OF SERVICE

I, Holly A. Vance, certify that the following individual was served with a copy of the foregoing document, on the date shown, by the below identified method of service:

<u>CM/ECF:</u>

| | |
|---|---|
| Marc V. Kalagian, Esq.<br>Law Offices of Rohlfing & Kalagian, LLP<br>211 East Ocean Boulevard, Suite 420<br>Long Beach, CA  90802<br>Rohlfing.Kalagian@rksslaw.com | Leonard Stone<br>Shook & Stone, Chtd.<br>710 South 4th Street<br>Las Vegas, NV  89101<br>kshonfeld@shookandstone.com |

Dated:  October 18, 2013

                                                     */s/ Holly A. Vance*
                                                    HOLLY A. VANCE
                                                    Assistant United States Attorney